# Exhibit 2



PerkinsCoie

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

+1.206.359.8000
+1.206.359.9000
PerkinsCoie.com

███████ 2016



**VIA EMAIL & OVERNIGHT COURIER**



Re:    Request to Delete Facebook Data Obtained from Global Science Research Ltd.

██████████████████████

We represent Facebook, Inc. ("Facebook") and write to inquire on the status of the certification that Global Science Research ("GSR") provided to you on ██████████████████ It came to Facebook's attention that GSR obtained and used Facebook information in an unauthorized manner. Facebook learned that GSR, which had been authorized to access and collect Facebook information for academic purposes only, created derivative information from information that it obtained from Facebook, including data it described as "forecasted survey responses," and thereafter shared both this derived data as well as certain Facebook user profile data with you. The information shared with you was collected for academic use only, and should not have been shared for commercial purposes (for example, with you). *See e.g.* Facebook Platform Policies, https://developers.facebook.com/policy/, Section 3.9 (forbidding the sale of Facebook user data).

**Because this data was obtained and used without permission, and because GSR was not authorized to share or sell it to you, it cannot be used legitimately in the future and must be deleted immediately.**

We have attached another copy of the certification, which we ask that you complete and return to me at your earliest convenience, ██████████████████████████ If we do not receive your certification or your certification is incomplete, we will contact you in order to fully understand the uses ████████████████ the Facebook data it received from GSR or Dr. Kogan, and to confirm that ████████████ delete any unauthorized Facebook data and all data derived from the unauthorized Facebook data, and to learn the identities of all other parties with whom the data or derivative data was shared so that we can follow up with them accordingly.

**This is an important matter for Facebook that needs to be resolved as soon as possible.**

Perkins Coie LLP



This letter is not intended to and should not be construed as a waiver of any right that Facebook may have, and it hereby reserves all rights. Please do not hesitate to contact me with any questions.

Regards,

Enclosure

Perkins Coie LLP