# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN REDMOND; LINDSAY RATHERT; SALVADOR RAMIREZ; GERRY GALIPAULT; KYLE WESTENDORF, ROBERT WOODS, and JORDAN HUNSTONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; GLOBAL SCIENCE RESEARCH LTD; ALEKSANDR KOGAN; SCL GROUP LIMITED; SCL ELECTIONS LTD; SCL USA INC.; CAMBRIDGE ANALYTICA LLC; CAMBRIDGE ANALYTICA HOLDINGS LLC; CAMBRIDGE ANALYTICA COMMERCIAL LLC; and CAMBRIDGE ANALYTICA POLITICAL LLC,<br><br>Defendants. | Case No. 18-00531-UNA<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>1. Violation of Stored Communication Act, 18 U.S.C. § 2071, *et seq.*<br>2. Fraud<br>3. Negligence<br>4. Willful Negligence |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard W. Fields, Esquire of Fields PLLC to represent the above-captioned Plaintiffs, in this matter.

Dated: April 10, 2018        */s/ David G. Holmes*
　　　　　　　　　　　　　　David G. Holmes (No. 4718)
　　　　　　　　　　　　　　CROSS & SIMON, LLC
　　　　　　　　　　　　　　1105 North Market Street, Suite 901
　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　Telephone: (302) 777-4200
　　　　　　　　　　　　　　dholmes@crosslaw.com

　　　　　　　　　　　　　　*Attorney for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                                United States District Court Judge

## CERTIFICATION BY RICHARD W. FIELDS
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 10, 2018                 */s/ Richard W. Fields*
                                       Richard W. Fields, Esquire
                                       FIELDS PLLC
                                       1700 K Street, NW, Suite 810
                                       Washington, DC 20006
                                       Telephone: (800) 878-1432
                                       Fields@fieldslawpllc.com