# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN REDMOND; LINDSAY RATHERT; SALVADOR RAMIREZ; GERRY GALIPAULT; KYLE WESTENDORF, ROBERT WOODS, and JORDAN HUNSTONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; GLOBAL SCIENCE RESEARCH LTD; ALEKSANDR KOGAN; SCL GROUP LIMITED; SCL ELECTIONS LTD; SCL USA INC.; CAMBRIDGE ANALYTICA LLC; CAMBRIDGE ANALYTICA HOLDINGS LLC; CAMBRIDGE ANALYTICA COMMERCIAL LLC; and CAMBRIDGE ANALYTICA POLITICAL LLC,<br><br>Defendants. | Case No. 18-00531-UNA<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>1.   Violation of Stored Communication Act, 18 U.S.C. § 2071, *et seq.*<br>2.   Fraud<br>3.   Negligence<br>4.   Willful Negligence |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Matthew Jury, Esquire of McCue & Partners, LLP to represent the above-captioned Plaintiffs, in this matter.

Dated: April 10, 2018          */s/ David G. Holmes*
                                              David G. Holmes (No. 4718)
                                              CROSS & SIMON, LLC
                                              1105 North Market Street, Suite 901
                                              Wilmington, DE 19801
                                              Telephone: (302) 777-4200
                                              dholmes@crosslaw.com

                                              *Attorney for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____      _____
                                  United States District Court Judge

**CERTIFICATION BY MATTHEW JURY**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted and in good standing (but not currently practicing) as a member of the Bar of the State of New York, and am admitted, practicing and in good standing as a solicitor in England & Wales, United Kingdom.  Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  April 10, 2018               */s/ Matthew Jury*
                                     Matthew Jury, Esquire
                                     MCCUE & PARTNERS, LLP
                                     Fourth Floor
                                     158 Buckingham Palace Road
                                     London SWIW 9TR
                                     United Kingdom
                                     matthew.jury@mccue-law.com