# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN REDMOND; LINDSAY RATHERT; SALVADOR RAMIREZ; GERRY GALIPAULT; KYLE WESTENDORF, ROBERT WOODS, and JORDAN HUNSTONE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC.; GLOBAL SCIENCE RESEARCH LTD; ALEKSANDR KOGAN; SCL GROUP LIMITED; SCL ELECTIONS LTD; SCL USA INC.; CAMBRIDGE ANALYTICA LLC; CAMBRIDGE ANALYTICA HOLDINGS LLC; CAMBRIDGE ANALYTICA COMMERCIAL LLC; and CAMBRIDGE ANALYTICA POLITICAL LLC, <br><br> Defendants. | Case No. 18-00531-UNA <br><br> **CLASS ACTION COMPLAINT FOR:** <br><br> 1. Violation of Stored Communication Act, 18 U.S.C. § 2071, *et seq.* <br> 2. Fraud <br> 3. Negligence <br> 4. Willful Negligence |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert F. Ruyak, Esquire, Korula T. Cherian, Esquire, Richard Ripley, Esquire and Rebecca Anzidei, Esquire of Ruyak Cherian LLP to represent the above-captioned Plaintiffs, in this matter.

Dated: April 10, 2018

*/s/ David G. Holmes*
David G. Holmes (No. 4718)
CROSS & SIMON, LLC
1105 North Market Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 777-4200
dholmes@crosslaw.com

*Attorney for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

United States District Court Judge

## CERTIFICATION BY ROBERT F. RUYAK
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the Commonwealth of Pennsylvania and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated:  April 10, 2018              */s/ Robert F. Ruyak*
                                                                 Robert F. Ruyak, Esquire
                                                                 RUYAK CHERIAN LLP
                                                                 1700 K Street NW, Suite 810
                                                                 Washington, DC  20006
                                                                 Telephone: (202) 838-1560
                                                                 robertr@ruyakcherian.com

## CERTIFICATION BY KORULA T. CHERIAN
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 10, 2018    */s/ Korula T. Cherian*
Korula T. Cherian, Esquire
RUYAK CHERIAN LLP
1700 K Street NW, Suite 810
Washington, DC  20006
Telephone: (202) 838-1560
sunnyc@ruyakcherian.com

**CERTIFICATION BY RICHARD RIPLEY
TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealths of Pennsylvania and Virginia and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 10, 2018　　　　　　　　*/s/ Richard Ripley*
　　　　　　　　　　　　　　　　　　Richard Ripley, Esquire
　　　　　　　　　　　　　　　　　　RUYAK CHERIAN LLP
　　　　　　　　　　　　　　　　　　1700 K Street NW, Suite 810
　　　　　　　　　　　　　　　　　　Washington, DC  20006
　　　　　　　　　　　　　　　　　　Telephone: (202) 838-1560
　　　　　　　　　　　　　　　　　　rickr@ruyakcherian.com

**CERTIFICATION BY REBECCA ANZIDEI**
**TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealths of Virginia and Massachusetts and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/30/16, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 10, 2018                         */s/ Rebecca Anzidei*
                                              Rebecca Anzidei, Esquire
                                              RUYAK CHERIAN LLP
                                              1700 K Street NW, Suite 810
                                              Washington, DC  20006
                                              Telephone: (202) 838-1560
                                              rebeccaa@ruyakcherian.com