## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN REDMOND; LINDSAY RATHERT;<br>SALVADOR RAMIREZ; GERRY<br>GALIPAULT; KYLE WESTENDORF;<br>ROBERT WOODS; and<br>JORDAN HUNSTONE, individually, and on<br>behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC.; GLOBAL SCIENCE<br>RESEARCH LTD; ALEKSANDR KOGAN;<br>SCL GROUP LIMITED; SCL ELECTIONS<br>LTD; SCL USA INC.; CAMBRIDGE<br>ANALYTICA LLC; CAMBRIDGE<br>ANALYTICA HOLDINGS LLC;<br>CAMBRIDGE ANALYTICA<br>COMMERCIAL LLC; and CAMBRIDGE<br>ANALYTICA POLITICAL LLC,<br><br>        Defendants. | C.A. No. 1:18-cv-00531-VAC-MPT |

## ENTRY OF APPEARANCES

PLEASE ENTER THE APPEARANCES of David E. Ross, Nicholas D. Mozal and R. Garrett Rice of the law firm Ross Aronstam & Moritz LLP, 100 S. West Street, Suite 400, Wilmington, Delaware 19801, as counsel for Defendant Facebook, Inc.

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

*/s/ David E. Ross*

*Of Counsel*:

David E. Ross (Bar No. 5228)
Nicholas D. Mozal (Bar No. 5838)
R. Garrett Rice (Bar No. 6242)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com
nmozal@ramllp.com
grice@ramllp.com

Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
(212) 351-4000
osnyder@gibsondunn.com

*Counsel for Defendant Facebook, Inc.*

Joshua S. Lipshutz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
jlipshutz@gibsondunn.com

Brian M. Lutz
Kristin A Linsley
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California  94105-0921
(415) 393-8200
blutz@gibsondunn.com
klinsley@gibsondunn.com

Dated:  April 26, 2018