IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN REDMOND; LINDSAY RATHERT; SALVADOR RAMIREZ; GERRY GALIPAULT; KYLE WESTENDORF, ROBERT WOODS, and JORDAN HUNSTONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; GLOBAL SCIENCE RESEARCH LTD; ALEKSANDR KOGAN; SCL GROUP LIMITED; SCL ELECTIONS LTD; SCL USA INC.; CAMBRIDGE ANALYTICA LLC; CAMBRIDGE ANALYTICA HOLDINGS LLC; CAMBRIDGE ANALYTICA COMMERCIAL LLC; and CAMBRIDGE ANALYTICA POLITICAL LLC,<br><br>Defendants. | Case No. 18-cv-531-UNA-MPT<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>1. Violation of Stored Communication Act, 18 U.S.C. § 2071, *et seq.*<br>2. Fraud<br>3. Negligence<br>4. Willful Negligence |

**AFFIDAVIT OF CHRISTOPHER P. SIMON REGARDING SERVICE
OF PROCESS PURSUANT TO F.R.C.P. 4(f)(2)(C)(ii)**

STATE OF DELAWARE     )
                      ) ss.
COUNTY OF NEW CASTLE  )

CHRISTOPHER P. SIMON, being duly sworn, deposes and says:

1. I am an attorney with the law firm of Cross & Simon, LLC ("C&S"), 1105 North Market Street, Suite 901, Wilmington Delaware, 19801, and have been duly admitted to practice, *inter alia*, in the State of Delaware and in the United States District Court for the District of Delaware. This affidavit is submitted in support of service of the *Class Action Complaint*.

2. I have researched the U.S. Department of State's web-site located at:

https://travel.state.gov/content/travel/en/legal/travel-legal-considerations/internl-judicial-asst/Service-of-Process.html.

3. Pursuant to the information provided on the U.S. Department of State's web-site, service of the Class Action Complaint by International Registered Mail is an approved form of service in accordance with Article 10(a) of The Hague Service Convention.

　　　　　　　　　　　　　　　　　　／s／  
　　　　　　　　　　　　　Christopher P. Simon (No. 3697)

SWORN TO AND SUBSCRIBED before me this 27th day of April, 2018.

_____  
Notary Public

*[Notary seal: NICOLE DIBIASO, MY COMMISSION EXPIRES Sept. 5, 2019, NOTARY PUBLIC, STATE OF DELAWARE]*