IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Redmond et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CA: 18-531-VAC-MPT |
| | ) | |
| Facebook, Inc., et al, | ) | |
| | ) | |
| Defendants, | ) | |

**AFFIDAVIT**

      I, Cynthia Biron, Deputy Clerk, being first sworn, depose and say that pursuant to Rule 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, I did send on May 1, 2018, by Registered Mail, the Summons, Complaint, Affidavit and Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction forms in the above referenced case to the following addresses:

      1)    Global Science Research Ltd.
               Magdalene College
               Cambridge
               United Kingdom
               CB3 0AG

_____
Cynthia Biron
Deputy Clerk

Sworn to and subscribed before me
this 1st day of May, 2018

_____
Jason Spencer
Deputy Clerk

| Registered No. RE 644 177 970 US | | Date Stamp |
|---|---|---|
| Reg. Fee $8.85 | Special Delivery $ | |
| Handling Charge $15.5 | Return Receipt $ | STA WILMINGTON DE MAY 1 2018 RODNEY SQ |
| Postage $4.00 | Restricted Delivery $ | |
| Received by $0.00 $0.00 | | Domestic Insurance is Limited To $25,000; International Indemnity is Limited (See Reverse) |
| Customer Must Declare Full Value $ $0.00 | With Postal Insurance / Without Postal Insurance | |

18cv531

FROM: Clerk, U.S. District Court
844 N. King St.
Unit 18
Wilmington, DE 19801

TO: Global Science Research Ltd
Magdalene College
Cambridge
United Kingdom CB3 0AG

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy) (See Information on Reverse)

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 North King Street, Unit 18
Wilmington, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

April 30, 2018

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Global Science Research Ltd.
Magdalene College
Cambridge
United Kingdom
CB3 0AG

    RE:    Redmond et al v. Facebook, Inc. et al
             Civil Action No. 18-531-VAC-MPT

Dear Sir or Madam:

    Enclosed please find a copy of the Praecipe, Summons, and Complaint, in the above noted case. This service is made pursuant to Federal Rules of Civil Procedure, Rule 4 (f)(2)(C)(ii).

    Also enclosed are Notice/Consent of Availability forms for Exercise of Jurisdiction by a United States Magistrate Judge.

Sincerely,

JOHN A. CERINO
Clerk

By: Cynthia Biron
Deputy Clerk

cc:    **Christopher Page Simon**
Enc.  Praecipe
        Summons
        Complaint
        Notice/Consent Form