IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN REDMOND; LINDSAY RATHERT; SALVADOR RAMIREZ; GERRY GALIPAULT; KYLE WESTENDORF; ROBERT WOODS; and JORDAN HUNSTONE, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; GLOBAL SCIENCE RESEARCH LTD; ALEKSANDR KOGAN; SCL GROUP LIMITED; SCL ELECTIONS LTD; SCL USA INC.; CAMBRIDGE ANALYTICA LLC; CAMBRIDGE ANALYTICA HOLDINGS LLC; CAMBRIDGE ANALYTICA COMMERCIAL LLC; and CAMBRIDGE ANALYTICA POLITICAL LLC,<br><br>Defendants. | C.A. No. 1:18-CV-00531-VAC-MPT |

STIPULATION AND [PROPOSED] ORDER REGARDING
A RESPONSE OF FACEBOOK, INC. TO COMPLAINT PENDING JPML RULING

WHEREAS, on April 10, 2018, Plaintiffs filed this action (the "Action") against Defendants;

WHEREAS, this litigation is one of 27 consumer class actions that have been filed in eight federal district courts, all seeking to certify overlapping nationwide classes;

WHEREAS, the complaints in each of the consumer class actions assert claims flowing from the same alleged underlying facts;

WHEREAS, the plaintiffs in one of the consumer class actions filed against Facebook have filed a motion requesting that the Judicial Panel on Multidistrict Litigation (the "JPML")

transfer this action and similar actions against Facebook to a single forum for consolidated pre-trial proceedings (MDL No. 2843, Dkt. No. 1);

WHEREAS, Facebook filed a memorandum in support of transfer by the JPML to the United States District Court for the Northern District of California and consolidation (MDL No. 2843, Dkt. No. 19);

WHEREAS, Plaintiffs in this Action have filed a memorandum supporting consolidation of cases before the United States District Court for the District of Delaware (MDL No. 2843, Dkt. No. 57);

WHEREAS, the JPML has scheduled a hearing on May 31, 2018, to consider whether to consolidate these consumer class actions and transfer them to a single district judge for pretrial proceedings (MDL No. 2843, Dkt. No. 50);

WHEREAS, to conserve the resources of the Court and the parties, the parties agree that it is appropriate to postpone Facebook's response deadline until 30 days after the date the JPML rules on the pending motions for transfer by the JPML to a single forum;

### STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant Facebook, Inc., subject to concurrence and order by the Court, that:

1. The requirement for Facebook to move, answer, or otherwise respond to the Complaint, shall be stayed in this action pending the decision of the Judicial Panel on Multidistrict Litigation on the pending Motion to Transfer and for Consolidation (MDL No. 2843, Dkt. No. 1), subject to paragraph 2 below;

2. Should the Motion to Transfer and for Consolidation be denied, Facebook will have thirty (30) days from the date of such denial to move, answer or otherwise respond to the Complaint; and

3. Plaintiffs and Facebook reserve all other rights.

*Of Counsel*:

Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0193
(212) 351-4000
osnyder@gibsondunn.com

Joshua S. Lipshutz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
jlipshutz@gibsondunn.com

Brian M. Lutz
Kristin A Linsley
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
(415) 393-8200
blutz@gibsondunn.com
klinsley@gibsondunn.com

ROSS ARONSTAM & MORITZ LLP

*/s/ David E. Ross*
David E. Ross (Bar No. 5228)
Nicholas D. Mozal (Bar No. 5838)
R. Garrett Rice (Bar No. 6242)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com
nmozal@ramllp.com
grice@ramllp.com

*Counsel for Defendant Facebook, Inc.*

|  |  |
|---|---|
| *Of Counsel*: | CROSS & SIMON, LLC |
|  | */s/ Christopher P. Simon* |
| Robert F. Ruyak | Christopher P. Simon (Bar No. 3697) |
| Korula T. Cherian | David G. Holmes (Bar No. 4718) |
| Richard Ripley | 1105 North Market Street, Suite 901 |
| Rebecca Anzidei | Wilmington, Delaware 19801 |
| RUYAK CHERIAN LLP | (302) 777-4200 |
| 1700 K Street NW, Suite 810 | (302) 777-4224 |
| Washington, DC 20006 | csimon@crosslaw.com |
| (202) 838-1560 | dholmes@crosslaw.com |
| robertr@ruyakcherian.com |  |
| sunnyc@ruyakcherian.com | *Counsel for Plaintiffs and Proposed Class* |
| rickr@ruyakcherian.com |  |
| rebeccaa@ruyakcherian.com |  |

Richard W. Fields
FIELDS PLLC
1700 K Street, NW, Suite 810
Washington, DC 20006
(800) 878-1432
Fields@fieldslawpllc.com

Matthew Jury
MCCUE & PARTNERS, LLP
Fourth Floor
158 Buckingham Palace Road
London SW1W 9TR
United Kingdom
matthew.jury@mccue-law.com


Dated: May 3, 2018

**SO ORDERED**, this __4__ day of __May__, 2018.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE