

1105 North Market Street
Suite 901
Wilmington, Delaware 19801

Mailing Address:
P.O. Box 1380
Wilmington, DE 19899-1380

Christopher P. Simon
csimon@crosslaw.com
(302) 777.4200, ext. 102

May 8, 2018

**BY CM/ECF & HAND DELIVERY**
Chief Magistrate Judge Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 8
Room 2124
Wilmington, DE 19801-3555

> Re:   Ben Redmond, et al. v. Facebook, Inc., et al.
> C.A. No. 1:18-cv-00531-VAC-MPT

Dear Chief Magistrate Judge Thynge:

On April 10, 2018, we, together with Ruyak Cherian LLP, Fields PLLC and McCue & Partners, LLP, filed the above-referenced class action case (the "Redmond Litigation"). The class-action complaint asserts certain claims against Facebook, Inc., Global Science Research Ltd., Cambridge Analytica LLC, and other related entities.

On April 30, 2018, my firm and Motley Rice LLP, filed another class-action case against Facebook and Cambridge Analytica. That case is titled *Craig Skotnicki v. Facebook, Inc. and Cambridge Analytica* C.A. No. 1:18-cv-00655-RGA (the "Skotnicki Litigation"). Due to our oversight, we did not list the Redmond Litigation as a related case in Section VIII of the Civil Cover Sheet for the Skotnicki complaint. We believe that the Redmond Litigation and the Skotnicki Litigation are related – the claims, although not identical, arise out of the same operative facts and circumstances. The Skotnicki Litigation is currently assigned to Judge Richard G. Andrews. There have been no responsive pleadings filed in either the Redmond Litigation or the Skotnicki Litigation.

Since filing the Redmond Litigation, we have submitted filings before the Judicial Panel on Multidistrict Litigation seeking to consolidate the pending class-action cases against Facebook and Cambridge Analytica that have been filed across the country (currently there are approximately twenty-seven such cases) and have them transferred to the District Court for the District of Delaware. In connection with that effort, we believe it is important that the Redmond Litigation and the Skotnicki Litigation be heard by the same Judge in Delaware.

Counsel is available if the Court has any questions regarding this letter.

Respectfully submitted,

*/s/ Christopher P. Simon*

Christopher P. Simon (No. 3697)


cc:    David Evan Ross, Esq., (via CM/ECF)
        Robert F. Ruyak, Esq. (via electronic mail)
        Richard Ripley, Esq. (via electronic mail)
        Rebecca Anzidei, Esq. (via electronic mail)
        Richard W. Fields, Esq. (via electronic mail)
        Matthew Jury, Esq. (via electronic mail)
        David G. Holmes, Esq. (via electronic mail)
        File Copy