**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BEN REDMOND; LINDSAY RATHERT; SALVADOR RAMIREZ; GERRY GALIPAULT; KYLE WESTENDORF; ROBERT WOODS; and JORDAN HUNSTONE, individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.; GLOBAL SCIENCE RESEARCH LTD; ALEKSANDR KOGAN; SCL GROUP LIMITED; SCL ELECTIONS LTD; SCL USA INC.; CAMBRIDGE ANALYTICA LLC; CAMBRIDGE ANALYTICA HOLDINGS LLC; CAMBRIDGE ANALYTICA COMMERCIAL LLC; and CAMBRIDGE ANALYTICA POLITICAL LLC,<br><br>      Defendants. | C.A. No. 1:18-cv-00531-VAC-MPT |

**SUGGESTION BY DEFENDANT FACEBOOK, INC. OF BANKRUPTCY
OF DEFENDANTS  CAMBRIDGE ANALYTICA LLC AND SCL USA INC.**

      Defendant Facebook, Inc. respectfully notifies the Court that it has learned that, on May 17, 2018, Defendant Cambridge Analytica LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code.  *See In re Cambridge Analytica LLC*, No. 18-11500-SHL (Bankr. S.D.N.Y May 17, 2018).  Facebook understands that the case has been assigned to the Honorable Sean H. Lane, and that a trustee has not yet been assigned.

      Defendant Facebook, Inc. also respectfully notifies the Court that it has learned that, on May 17, 2018, Defendant SCL USA Inc. filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code.  *See In re SCL USA Inc.*, No. 18-11501-SHL (Bankr. S.D.N.Y. May 17, 2018).  Facebook understands that the case was assigned to the

Honorable Stuart M. Bernstein, that it has now been reassigned to the Honorable Sean H. Lane, and that a trustee has not yet been assigned.

                        Respectfully submitted,

                        ROSS ARONSTAM & MORITZ LLP

                        */s/ David E. Ross*

*Of Counsel*:                    David E. Ross (Bar No. 5228)
                        Nicholas D. Mozal (Bar No. 5838)

Orin Snyder                 R. Garrett Rice (Bar No. 6242)
GIBSON, DUNN & CRUTCHER LLP    100 S. West Street, Suite 400
200 Park Avenue              Wilmington, Delaware 19801
New York, New York 10166-0193   (302) 576-1600
(212) 351-4000               dross@ramllp.com
osnyder@gibsondunn.com      nmozal@ramllp.com
                        grice@ramllp.com

Joshua S. Lipshutz
GIBSON, DUNN & CRUTCHER LLP   *Counsel for Defendant Facebook, Inc.*
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
(202) 955-8500
jlipshutz@gibsondunn.com

Brian M. Lutz
Kristin A Linsley
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, California 94105-0921
(415) 393-8200
blutz@gibsondunn.com
klinsley@gibsondunn.com

Dated: May 18, 2018