**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BEN REDMOND; LINDSAY RATHERT; SALVADOR RAMIREZ; GERRY GALIPAULT; KYLE WESTENDORF; ROBERT WOODS; and JORDAN HUNSTONE, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC.; GLOBAL SCIENCE RESEARCH LTD; ALEKSANDR KOGAN; SCL GROUP LIMITED; SCL ELECTIONS LTD; SCL USA INC.; CAMBRIDGE ANALYTICA LLC; CAMBRIDGE ANALYTICA HOLDINGS LLC; CAMBRIDGE ANALYTICA COMMERCIAL LLC; and CAMBRIDGE ANALYTICA POLITICAL LLC,<br><br>        Defendants. | C.A. No. 1:18-CV-00531-VAC-MPT |

**MOTION OF PLAINTIFFS FOR PRESERVATION ORDER**

Plaintiffs Ben Redmond, Lindsay Rathert, Salvador Ramirez, Gerry Galipault, Kyle Westendorf, Robert Woods, and Jordan Hunstone (the "Movants"), by and through their undersigned attorneys, respectfully move this Honorable Court for entry of an Order preserving certain documents (the "Preservation Order") held or controlled by Cambridge Analytica Holdings LLC ("Holdings"), in the form provided hereto. In support of this Motion, Movants state as follows:

**Background**

1. Movants filed this action on April 10, 2018 [D.I. No. 1], on behalf of themselves and similarly situated individuals who are registered users of Facebook, Inc. ("Facebook") and whose personal information was improperly and without authorization accessed and/or obtained by Holdings and the other Defendants listed in the caption above.

2. Holdings is a privately held limited liability company organized under the laws of the State of Delaware, incorporated on May 9, 2014. Holdings' registered agent for service of summons is The Corporation Trust Company, 1209 Orange Street, Corporation Trust Center, Wilmington, DE 19801. According to *The Guardian*, hedge fund billionaire Robert Mercer funded Holdings, which created and initially ran Cambridge Analytica LLC ("Cambridge Analytica").[1] Holdings, together with Cambridge Analytica, Cambridge Analytica Commercial LLC ("Commercial") and Cambridge Analytica Political LLC ("Political") make up what Movants define as the "Cambridge Entities."

3. On May 17, 2018, Cambridge Analytica – a Defendant in this case – filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code [D.I. No. 18]. That bankruptcy proceeding is captioned, *In re Cambridge Analytica LLC*, No. 18-11500-SHL (Bankr. S.D.N.Y. May 17, 2018). In its petition, Cambridge Analytica states that, in the last eight (8) years, it operated as Commercial and Political. Movants allege that Commercial and Political are divisions of Cambridge Analytica and share the same website: https://cambridgeanalytica.org.

4. As brief background, Movants have also named SCL Group Limited ("SCL Group"), formerly known as Strategic Communications Laboratories Ltd, as a defendant in this

---

[1] https://www.theguardian.com/news/2018/mar/17/cambridge-analytica-facebook-influence-us-election

2

action.  SCL Group is a British company registered with the UK Companies House in 2005. Movants likewise named SCL Elections Ltd ("SCL Elections") a British company, incorporated on October 17, 2012, and SCL USA Inc. ("SCL USA"), a privately held company incorporated under the laws of the State of Delaware on April 22, 2104, as defendants.  SCL USA is a wholly owned subsidiary of SCL Elections.  Movants allege that SCL USA is the alter ego of SCL Group.  Movants further allege that the SCL entities created one or more of the Cambridge Entities.

5. On May 17, 2018, SCL USA filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York.  SCL Group and SCL Elections have also sought relief in the High Court of Justice, Business and Property Courts of England and Wales, and Insolvency and Companies List (ChD) on May 2, 2018.  Reports indicate the Cambridge Entities and SCL entities have ceased operations.

6. Only Holdings of the Cambridge Entities has not sought relief under chapter 7 of title 11 of the United States Code, and, on information and belief, is not a party to any bankruptcy proceeding.

7. In August 2017, a company called Emerdata Ltd. ("Emerdata") was incorporated in the United Kingdom. Movants are informed and believe that two founders of the SCL Group and the Cambridge Entities are now directors of Emerdata, the Chairman of SCL Group and the Cambridge Entities is currently a director of Emerdata, and the acting CEO of SCL Group and the Cambridge entities is currently a director of Emerdata.  Emerdata has close ties to the Cambridge Entities, including to Holdings, and to the SCL entities.

**Basis for Relief**

8. Movants submit that a Preservation Order is necessary in this case for purposes of preserving discoverable evidence held by Holdings. *See Capricorn Power Co. Inc. v. Siemens Westinghouse Power Corp.*, 220 F.R.D. 429, 434 (W.D. Pa. 2004) ("[I]t is important to note that a motion for a preservation order can be granted with regard to all items of evidence which are discoverable in accordance with Federal Rule of Civil Procedure 26(b)(1), without the necessity of establishing that the evidence will be necessarily be relevant and admissible at trial."). There is a three part balancing test a Court will consider when deciding a motion to preserve documents:

> 1) the level of concern the court has for the continuing existence and maintenance of the integrity of the evidence in question in the absence of an order directing preservation of the evidence; 2) any irreparable harm likely to result to the party seeking the preservation of evidence absent an order directing preservation; and 3) the capability of an individual, entity, or party to maintain the evidence sought to be preserved, not only as to the evidence's original form, condition or contents, but also the physical, spatial and financial burdens created by ordering evidence preservation.

*Id.* at 433-4.

9. Movants are informed and believe that a Chapter 7 Trustee has been appointed in the Cambridge Analytica bankruptcy case. Along with the present Motion, Movants intend to seek relief in the United States Bankruptcy Court for the Southern District of New York for leave to serve a records preservation subpoena on the Chapter 7 Trustee for the Cambridge Entities that are in bankruptcy and SCL USA, for purposes of preserving documents related to this case held or controlled by the debtors (i.e., Cambridge Analytica, Commercial and Political, and SCL USA). However, there is legitimate concern regarding the preservation of documents and other evidence at Holdings. No counsel of record has entered an appearance, and Holdings has not responded to the Complaint in this case, despite being served with a summons and Complaint on

April 27, 2018 [D.I. No. 11].  Movants have no current contact with Holdings.  The formation of Emerdata, an entity in the same business arena as the Cambridge Entities and formed by the same people who formed the Cambridge Entities, raises concerns that Holdings may not have current leadership and may, in fact, be in the process of being abandoned.

10. Movants will be irreparably harmed if the Motion is not granted and Holdings is not ordered to preserve documents and other evidence.  Holdings, as the parent of the Cambridge Entities, likely has evidence germane to the claims in this case. To the extent that evidence is lost through abandonment or other spoliation, it may be lost to Movants forever.

11. The evidence sought to be preserved is listed in **Exhibit A** to this Motion. As shown on Exhibit A, the documents that Movants seek to preserve are relevant to the claims in this case and it is not an onerous task for Holdings to "maintain the evidence sought to be preserved, not only as to the evidence's original form, condition or contents, but also the physical, spatial and financial burdens created by ordering evidence preservation." *Id.*

**WHEREFORE**, Movants request that this Honorable Court enter a Preservation Order in the form attached preserving the categories of documents described in Exhibit A to this Motion.

Dated: May 23, 2018    CROSS & SIMON, LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
David G. Holmes (No. 4718)
1105 North Market Street, Suite 901
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com
dholmes@crosslaw.com

- and -

RUYAK CHERIAN LLP
Robert F. Ruyak (admitted *pro hac vice*)
Korula T. Cherian (admitted *pro hac vice*)
Richard Ripley (admitted *pro hac vice*)
Rebecca Anzidei (admitted *pro hac vice*)
1700 K Street NW, Suite 810
Washington, DC  20006
Telephone: (202) 838-1560
robertr@ruyakcherian.com
sunnyc@ruyakcherian.com
rickr@ruyakcherian.com
rebeccaa@ruyakcherian.com

- and -

FIELDS PLLC
Richard W. Fields (admitted *pro hac vice*)
1700 K Street, NW, Suite 810
Washington, DC 20006
(800) 878-1432
Fields@fieldslawpllc.com

- and -

MCCUE & PARTNERS, LLP
Matthew Jury (admitted *pro hac vice*)
Fourth Floor
158 Buckingham Palace Road
London SWIW 9TR
United Kingdom
matthew.jury@mccue-law.com

*Counsel for Movants*

RUYAK CHERIAN LLP
Robert F. Ruyak (admitted *pro hac vice*)
Korula T. Cherian (admitted *pro hac vice*)
Richard Ripley (admitted *pro hac vice*)
Rebecca Anzidei (admitted *pro hac vice*)
1700 K Street NW, Suite 810
Washington, DC  20006
Telephone: (202) 838-1560
robertr@ruyakcherian.com
sunnyc@ruyakcherian.com
rickr@ruyakcherian.com
rebeccaa@ruyakcherian.com

- and -

FIELDS PLLC
Richard W. Fields (admitted *pro hac vice*)
1700 K Street, NW, Suite 810
Washington, DC 20006
(800) 878-1432
Fields@fieldslawpllc.com

- and -

MCCUE & PARTNERS, LLP
Matthew Jury (admitted *pro hac vice*)
Fourth Floor
158 Buckingham Palace Road
London SWIW 9TR
United Kingdom
matthew.jury@mccue-law.com

*Counsel for Movants*