## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEN REDMOND; LINDSAY RATHERT; SALVADOR RAMIREZ; GERRY GALIPAULT; KYLE WESTENDORF; ROBERT WOODS; and JORDAN HUNSTONE, individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC.; GLOBAL SCIENCE RESEARCH LTD; ALEKSANDR KOGAN; SCL GROUP LIMITED; SCL ELECTIONS LTD; SCL USA INC.; CAMBRIDGE ANALYTICA LLC; CAMBRIDGE ANALYTICA HOLDINGS LLC; CAMBRIDGE ANALYTICA COMMERCIAL LLC; and CAMBRIDGE ANALYTICA POLITICAL LLC,<br><br>          Defendants. | C.A. No. 1:18-CV-00531-VAC-MPT<br><br><br><br><br><br><br><br><br><br><br><br>**Re: Docket No. \_\_\_** |

### ORDER GRANTING MOTION OF PLAINTIFFS FOR PRESERVATION ORDER

UPON CONSIDERATION of the Motion of Plaintiffs for Preservation Order (the "Motion"),

IT IS HEREBY ORDERED this \_\_\_ day of _____, 2018, that the Motion is granted; and it is further

ORDERED, that the documents described in Exhibit A to the Motion are hereby preserved.

_____
UNITED STATES DISTRICT COURT JUDGE