**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BEN REDMOND; LINDSAY RATHERT; SALVADOR RAMIREZ; GERRY GALIPAULT; KYLE WESTENDORF; ROBERT WOODS; and JORDAN HUNSTONE, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC.; GLOBAL SCIENCE RESEARCH LTD; ALEKSANDR KOGAN; SCL GROUP LIMITED; SCL ELECTIONS LTD; SCL USA INC.; CAMBRIDGE ANALYTICA LLC; CAMBRIDGE ANALYTICA HOLDINGS LLC; CAMBRIDGE ANALYTICA COMMERCIAL LLC; and CAMBRIDGE ANALYTICA POLITICAL LLC, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br> C.A. No. 1:18-CV-00531-VAC-MPT <br><br><br><br><br><br><br><br><br><br><br><br> Re: Docket No. 19 |

**STATEMENT PURSUANT TO D. DEL. LR 7.1.1**

I, Christopher P. Simon, Esquire, hereby submit the following statement pursuant to D. Del. Local Rule 7.1.1:

1. On April 24, 2018, Facebook, Inc. waived service of the Class Action Complaint through its counsel Ross Aronstam & Moritz LLP and Gibson, Dunn & Crutcher LLP.

2. On April 24, 2018, SCL Group Limited, SCL Elections, Ltd., SCL USA Inc., Cambridge Analytica LLC, Cambridge Analytica Holdings LLC, Cambridge Analytica Commercial LLC, and Cambridge Analytica Political LLC waived service of the Class Action Complaint through its counsel Milbank, Tweed, Hadley, & McCloy LLP. [D.I. 7].

3.     On April 26, 2018, SCL, Group Limited, SCL Elections, Ltd., SCL USA Inc., Cambridge Analytica LLC, Cambridge Analytica Commercial LLC, and Cambridge Analytica Political LLC, again, waived service of the Class Action Complaint through its counsel Milbank, Tweed, Hadley, & McCloy LLP, only this time, *excluding* Cambridge Analytica Holdings LLC as a party to that waiver. [D.I. 8].  At the time, counsel at Milbank Tweed informed my co-counsel that it was not representing Holdings, and that it could not provide a contact at Holdings, or identify counsel for Holdings.

4.     On April 27, 2018, I caused the Complaint, together with a summons, to be served on Cambridge Analytica Holdings LLC ("Holdings") [D.I. 11], care of its registered agent, The Corporation Trust Company, 1209 Orange Street, Corporation Trust Center, Wilmington, DE 19801.

5.     No counsel of record has entered an appearance for Holdings, and Holdings has not responded to the Complaint in this case, despite being served with a summons and Complaint on April 27, 2018.  Movants have no current contact with Holdings, the sole party against whom Movants seek relief in their *Motion of Plaintiffs for Preservation Order* [D.I. 19] filed on May 23, 2018.

6.     By the Motion, Movants do not seek relief against Defendant Facebook, Inc.  Nevertheless, I contacted counsel of record for Facebook, Inc.  Facebook, Inc. takes no position on the Motion.

| | |
|---|---|
| Dated: May 29, 2018 | CROSS & SIMON, LLC |

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
David G. Holmes (No. 4718)
1105 North Market Street, Suite 901
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com
dholmes@crosslaw.com

- and -

RUYAK CHERIAN LLP
Robert F. Ruyak (admitted *pro hac vice*)
Korula T. Cherian (admitted *pro hac vice*)
Richard Ripley (admitted *pro hac vice*)
Rebecca Anzidei (admitted *pro hac vice*)
1700 K Street NW, Suite 810
Washington, DC  20006
Telephone: (202) 838-1560
robertr@ruyakcherian.com
sunnyc@ruyakcherian.com
rickr@ruyakcherian.com
rebeccaa@ruyakcherian.com

- and -

FIELDS PLLC
Richard W. Fields (admitted *pro hac vice*)
1700 K Street, NW, Suite 810
Washington, DC 20006
(800) 878-1432
Fields@fieldslawpllc.com

- and -

MCCUE & PARTNERS, LLP
Matthew Jury (admitted *pro hac vice*)
Fourth Floor
158 Buckingham Palace Road
London SWIW 9TR
United Kingdom
matthew.jury@mccue-law.com

*Counsel for Plaintiffs*