## **CERTIFICATE OF SERVICE**

I, Christopher P. Simon, hereby certify that on this 29th day of May, 2018, and in addition to the service provided under the Court's CM/ECF system, I caused copies of the foregoing *Statement Pursuant to D. Del. LR 7.1.1* to be served on the attached service list by first class mail.

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)

## SERVICE LIST

Cambridge Analytica Commercial LLC
c/o The Corporation Trust Company
1209 Orange Street, Corporation Trust Center
Wilmington, DE 19801

Cambridge Analytica Political LLC
c/o The Corporation Trust Company
1209 Orange Street, Corporation Trust Center
Wilmington, DE 19801

Cambridge Analytica Holdings, LLC
c/o The Corporation Trust Company
1209 Orange Street, Corporation Trust Center
Wilmington, DE 19801

Cambridge Analytica LLC
c/o The Corporation Trust Company
1209 Orange Street, Corporation Trust Center
Wilmington, DE 19801

Global Science Research Ltd
Magdalene College
Cambridge
CB3 0AG
United Kingdom

SCL Group Limited
55 New Oxford Street
London
WC1A 1BS

Global Science Research Ltd
49 Peter Street, 6th Floor
Manchester
England
M2 3NG

SCL Elections Ltd
1 Westferry Circus
Canary Wharf
London
E14 4HD, UK

SCL USA Inc.
c/o Registered Agents Legal Services, LLC
1013 Centre Rd, Suite 403S
Wilmington, DE 19805

Orin Snyder, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

Brian M. Lutz, Esq.
Kristin A. Linsley, Esq.
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

Joshua S. Lipshutz, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

David E. Ross, Esq.
Ross Aronstam & Moritz LLP
100 S. West Street, Suite 400
Wilmington, DE 19801