

1105 North Market Street
Suite 901
Wilmington, Delaware 19801

Mailing Address:
P.O. Box 1380
Wilmington, DE 19899-1380

David G. Holmes
dholmes@crosslaw.com
(302) 777-4200, ext. 119

June 6, 2018

**BY CM/ECF & HAND DELIVERY**

Chief Magistrate Judge Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Unit 8
Room 2124
Wilmington, DE 19801-3555

      *Re:*    *Ben Redmond, et al. v. Facebook, Inc., et al.*
             C.A. No. 1:18-cv-00531-MPT

Dear Chief Magistrate Judge Thynge:

      Cross & Simon, LLC along with Fields PLLC, McCue & Partners, LLP and Ruyak Cherian LLP represent Plaintiffs in the above-referenced class action matter. I write regarding service of the class action complaint (the "Complaint") in the above captioned case upon Global Science Research Ltd. ("GSR"), a foreign entity.

      On April 27, 2018, in accordance with Federal Rule of Civil Procedure 4(f)(2)(C)(ii), my colleague Christopher P. Simon, Esq. filed a letter with the Court submitting to the Clerk's Office a copy of the Complaint, Summons in a Civil Action, and the Affidavit of Christopher P. Simon Regarding Service of Process Pursuant to F.R.C.P [D.I. 12]. On May 3, 2018, the Clerk's Office filed an Affidavit stating that, on May 1, 2018, a copy of the Summons, Complaint, Affidavit and Notice/Consent of Availability of a United States Magistrate Judge to Exercise Jurisdiction (together, the "Service Documents") were sent by Registered Mail to GSR [D.I. 15].

      The United States Postal Service ("USPS") website shows that GSR was served with the Service Documents on May 8, 2018. (*See* Exhibit A.) On June 5, 2018, my office spoke with the intake supervisor, Bob Cruikshank, advising him that service on GSR had been effectuated according to the information available from the USPS. Mr. Cruikshank stated that, as of June 5, the return receipt card from the USPS had not been returned to the Court.

   I believe that, under the Federal Rules, GSR has been duly served; however, because the return receipt card has not been received by the Court, I respectfully request Your Honor's guidance regarding whether service of the Complaint on GSR has been property effectuated.

   Counsel is available if the Court has any questions or if the Court wants to hold a teleconference on the matter.

           Respectfully submitted,

           */s/ David G. Holmes*

           David G. Holmes (No. 4718)

DGH/sm

cc: All counsel of record (via CM/ECF)
   Robert F. Ruyak, Esq. (via electronic mail)
   Richard Ripley, Esq. (via electronic mail)
   Rebecca Anzidei, Esq. (via electronic mail)
   Richard W. Fields, Esq. (via electronic mail)
   Matthew Jury, Esq. (via electronic mail)
   Christopher P. Simon, Esq. (via electronic mail)
   File Copy