# Exhibit A

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CO…

## USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** RE644177970US

Your item was delivered in UNITED KINGDOM at 10:00 am on May 8, 2018.

## ⊘ Delivered

May 8, 2018 at 10:00 am
Delivered
UNITED KINGDOM

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

May 8, 2018, 10:00 am
Delivered
UNITED KINGDOM
Your item was delivered in UNITED KINGDOM at 10:00 am on May 8, 2018.

May 4, 2018, 9:21 pm
Departed
LONDON, UNITED KINGDOM

May 4, 2018, 8:59 am
Departed
NEWARK, UNITED STATES

May 4, 2018, 4:11 am
Arrived
NEWARK, UNITED STATES

May 3, 2018, 5:20 pm
Arrived
NEW YORK, UNITED STATES

May 3, 2018, 9:45 am
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

May 3, 2018, 9:15 am
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

May 2, 2018, 1:50 am
Arrived at USPS Facility
PHILADELPHIA, PA 19190

May 1, 2018, 10:11 pm
Arrived at USPS Facility
BELLMAWR, NJ 08099

May 1, 2018, 6:13 pm
Arrived at Unit
WILMINGTON, DE 19801

May 1, 2018, 4:59 pm
USPS in possession of item
WILMINGTON, DE 19801

May 1, 2018, 11:25 am
Arrived at USPS Facility
WILMINGTON, DE 19801

**Product Information** 

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up
(https://reg.usps.com/entreg/RegistrationAction_input?
app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgc**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.