IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RE: <u>**Civil Action 18-531-VAC-MPT**</u> - <u>**Ben Richmond, et al v. Facebook, Inc., et al.**</u>

## AFFIDAVIT

I, Robert W. Cruikshank, Deputy Clerk, being first duly sworn, depose and say that pursuant to Federal Rule of Civil Procedure 4(f)(2)(C)(ii) and 4(h)(2), The Clerk's Office did send under the Clerk of Court's cover letter, on **April 27, 2018**, a copy of the plaintiff's Complaint, Notice of Magistrate Judge's Availability form, and Summons in a Civil Case, along with a copy of Christopher Page Simon's Affidavit and letter (Praecipe) to the Clerk of Court requesting this service, to the below listed defendants. These documents were sent via **Registered U.S. Mail**, Return Receipt Requested, to the following address:

<u>Reg. Mail # RE 644177970 US</u>

Global Science Research Ltd.
Magdalene College
Cambridge
United Kingdom
CB# 0AG

A USPS online tracking search conducted on June 6, 2018, by the Affiant revealed that the packaged was delivered on **May 8, 2018**. **(Exhibit A).** The Return Receipt Card (PS 2865) has not yet been received by the Clerk's Office.

_____
Robert W. Cruikshank
Deputy Clerk

Sworn to and subscribed before me, this 6th day of June, 2018.

_____
Jason Spencer
Deputy Clerk

# Exhibit A

ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CO…

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** RE644177970US

Remove ✕

Your item was delivered in UNITED KINGDOM at 10:00 am on May 8, 2018.

## ✓ Delivered

May 8, 2018 at 10:00 am
Delivered
UNITED KINGDOM

Get Updates ∨

---

**Text & Email Updates**                                               ∨

---

**Tracking History**                                                    ∧

May 8, 2018, 10:00 am
Delivered
UNITED KINGDOM
Your item was delivered in UNITED KINGDOM at 10:00 am on May 8, 2018.

---

May 4, 2018, 9:21 pm
Departed
LONDON, UNITED KINGDOM

---

May 4, 2018, 8:59 am
Departed
NEWARK, UNITED STATES

**May 4, 2018, 4:11 am**
Arrived
NEWARK, UNITED STATES

**May 3, 2018, 5:20 pm**
Arrived
NEW YORK, UNITED STATES

**May 3, 2018, 9:45 am**
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**May 3, 2018, 9:15 am**
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**May 2, 2018, 1:50 am**
Arrived at USPS Facility
PHILADELPHIA, PA 19190

**May 1, 2018, 10:11 pm**
Arrived at USPS Facility
BELLMAWR, NJ 08099

**May 1, 2018, 6:13 pm**
Arrived at Unit
WILMINGTON, DE 19801

**May 1, 2018, 4:59 pm**
USPS in possession of item
WILMINGTON, DE 19801

**May 1, 2018, 11:25 am**
Arrived at USPS Facility
WILMINGTON, DE 19801

**Product Information**                                                          ⌄

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.
- Automatically track the packages you're expecting.
- Set up email and text alerts so you don't need to enter tracking numbers.
- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fgo**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.