# U.S. District Court
# District of Delaware (Wilmington)
# CIVIL DOCKET FOR CASE #: 1:18−cv−00531−VAC−MPT

Redmond et al v. Facebook, Inc. et al  
Assigned to: Vacant Judgeship (2017)  
Referred to: Judge Mary Pat Thynge  
 Related Case:   1:18−cv−00655−RGA  
Cause: 28:1331 Fed. Question  

Date Filed: 04/10/2018  
Date Terminated: 06/18/2018  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Ben Redmond**     represented by     **Christopher Page Simon**  
Cross & Simon, LLC  
1105 North Market Street, Suite 901  
Wilmington, DE 19801  
(302)777−4200  
Email: csimon@crosslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David Gerard Holmes**  
Cross & Simon, LLC  
1105 North Market Street, Suite 901  
Wilmington, DE 19801  
(302) 777−4200  
Email: dholmes@crosslaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lindsay Rathert**     represented by     **Christopher Page Simon**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David Gerard Holmes**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvador Ramirez**     represented by     **Christopher Page Simon**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David Gerard Holmes**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerry Galipault**     represented by

                                          **Christopher Page Simon**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **David Gerard Holmes**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Westendorf**                       represented by  **Christopher Page Simon**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **David Gerard Holmes**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Woods**                         represented by  **Christopher Page Simon**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **David Gerard Holmes**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Hunstone**                    represented by  **Christopher Page Simon**
*Individually and on behalf of all others*               (See above for address)
*similarly situated*                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **David Gerard Holmes**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Facebook, Inc.**                          represented by  **David Evan Ross**
                                            Ross Aronstam & Moritz LLP
                                            100 S. West Street, Suite 400
                                            Wilmington, DE 19801
                                            (302) 576−1600
                                            Fax: (302) 576−1100
                                            Email: dross@ramllp.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Brian M. Lutz**
Email: blutz@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua S. Lipshutz**
Email: jlipshutz@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristin A. Linsley**
Email: klinsley@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Orin Snyder**
Email: osnyder@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Global Science Research Ltd.**

**Defendant**

**Aleksandr Kogan**

**Defendant**

**SCL Group Limited**

**Defendant**

**SCL Elections Ltd.**

**Defendant**

**SCL USA Inc.**

**Defendant**

**Cambridge Analytica LLC**

**Defendant**

**Cambridge Analytica Holdings LLC**

**Defendant**

**Cambridge Analytica Commercial LLC**

**Defendant**

**Cambridge Analytica Political LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2018 | Ï 1 | COMPLAINT filed with Jury Demand against Cambridge Analytica Commercial LLC, Cambridge Analytica Holdings LLC, Cambridge Analytica LLC, Cambridge Analytica Political LLC, Facebook, Inc., Global Science Research Ltd., Aleksandr Kogan, SCL Elections Ltd., SCL Group Limited, SCL USA Inc. – Magistrate Consent Notice to Pltf. ( Filing fee $ 400, receipt number 0311−2358041.) – filed by Salvador Ramirez, Ben Redmond, Kyle Westendorf, Robert Woods, Lindsay Rathert, Jordan Hunstone, Gerry Galipault. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Civil Cover Sheet)(nmfn) (Entered: 04/10/2018) |
| 04/10/2018 | Ï 2 | Notice, Consent and Referral forms re: U.S. Magistrate Judge jurisdiction. (nmfn) (Entered: 04/10/2018) |
| 04/10/2018 | Ï | No Summons Issued. (nmfn) (Entered: 04/10/2018) |
| 04/10/2018 | Ï 3 | MOTION for Pro Hac Vice Appearance of Attorney Richard W. Fields, Esquire of Fields PLLC – filed by Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay Rathert, Ben Redmond, Kyle Westendorf, Robert Woods. (Holmes, David) (Entered: 04/10/2018) |
| 04/10/2018 | Ï 4 | MOTION for Pro Hac Vice Appearance of Attorney Matthew Jury, Esquire of McCue & Partners, LLP – filed by Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay Rathert, Ben Redmond, Kyle Westendorf, Robert Woods. (Holmes, David) (Entered: 04/10/2018) |
| 04/10/2018 | Ï 5 | MOTION for Pro Hac Vice Appearance of Attorney Robert F. Ruyak, Esquire, Korula T. Cherian, Esquire, Richard Ripley, Esquire and Rebecca Anzidei, Esquire of Ruyak Cherian LLP – filed by Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay Rathert, Ben Redmond, Kyle Westendorf, Robert Woods. (Holmes, David) (Entered: 04/10/2018) |
| 04/11/2018 | Ï | Case Assigned to Vacant Judgeship (2017). Please include initials of VAC after the case number on all documents filed. (rjb) (Entered: 04/11/2018) |
| 04/11/2018 | Ï | CASE REFERRED to Magistrate Judge Mary Pat Thynge. (This matter has been assigned to the Vacant Judgeship and referred to a Magistrate Judge for handling through case−dispositive motions. The Magistrate Judge has full authority permitted by law to manage this matter, including entering schedules through trial, deciding non−dispositive matters and making recommendations as to the resolution of dispositive matters. Litigants and counsel are reminded that they have the option of consenting to the Magistrate Judge to handle the case in full, including trial, or consenting to having a particular motion resolved by the Magistrate Judge.) Motion referred to Mary Pat Thynge.(rjb) (Entered: 04/11/2018) |
| 04/17/2018 | Ï | ***NOTE: If the parties jointly consent to Chief Magistrate Judge Thynges jurisdiction to conduct all proceedings in this case, then the Pretrial Conference and Trial will be presided over by Judge Thynge consistent with 28 U.S.C. § 636. Otherwise, in accordance with the District Court's procedures for "Assignment of Cases to Visiting Judges" (issued May 26, 2017 and available on the District Court's website), upon the filing of a case−dispositive motion (e.g., a motion to dismiss, a motion for judgment on the pleadings, a motion for summary judgment, or initiation of the claim construction process in a patent case), VAC cases will be reassigned to a visiting District Judge, and any further dates in the Scheduling Order, including the Pretrial Conference and Trial dates, may be adjusted dependent on the availability of the visiting District Judge. (cak) (Entered: 04/17/2018) |
| 04/18/2018 | Ï | SO ORDERED granting 3 Motion to Appear Pro Hac Vice of Attorney Richard W. Fields, Esquire of Fields PLLC – filed by Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay Rathert, Ben Redmond, Kyle Westendorf, Robert Woods. Signed by Judge Mary Pat Thynge on 4/18/18. (cak) (Entered: 04/18/2018) |
| 04/18/2018 | Ï | SO ORDERED granting 4 Motion to Appear Pro Hac Vice of Attorney Matthew Jury, Esquire of McCue & Partners, LLP – filed by Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay |

| | | |
|---|---|---|
| | | Rathert, Ben Redmond, Kyle Westendorf, Robert Woods. Signed by Judge Mary Pat Thynge on 4/18/18. (cak) (Entered: 04/18/2018) |
| 04/18/2018 | Ï | SO ORDERED granting 5 Motion to Appear Pro Hac Vice of Attorney Robert F. Ruyak, Esquire, Korula T. Cherian, Esquire, Richard Ripley, Esquire and Rebecca Anzidei, Esquire of Ruyak Cherian LLP – filed by Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay Rathert, Ben Redmond, Kyle Westendorf, Robert Woods. Signed by Judge Mary Pat Thynge on 4/18/18. (cak) (Entered: 04/18/2018) |
| 04/24/2018 | Ï 6 | WAIVER OF SERVICE returned executed by Salvador Ramirez, Ben Redmond, Kyle Westendorf, Robert Woods, Lindsay Rathert, Jordan Hunstone, Gerry Galipault: For Facebook, Inc. waiver sent on 4/24/2018, answer due 6/25/2018. (Simon, Christopher) (Entered: 04/24/2018) |
| 04/24/2018 | Ï 7 | WAIVER OF SERVICE returned executed by Salvador Ramirez, Ben Redmond, Kyle Westendorf, Robert Woods, Lindsay Rathert, Jordan Hunstone, Gerry Galipault: For Cambridge Analytica Commercial LLC waiver sent on 4/24/2018, answer due 6/25/2018; Cambridge Analytica Holdings LLC waiver sent on 4/24/2018, answer due 6/25/2018; Cambridge Analytica LLC waiver sent on 4/24/2018, answer due 6/25/2018; Cambridge Analytica Political LLC waiver sent on 4/24/2018, answer due 6/25/2018; SCL Elections Ltd. waiver sent on 4/24/2018, answer due 6/25/2018; SCL Group Limited waiver sent on 4/24/2018, answer due 6/25/2018; SCL USA Inc. waiver sent on 4/24/2018, answer due 6/25/2018. (Simon, Christopher) (Entered: 04/24/2018) |
| 04/26/2018 | Ï 8 | AMENDED DOCUMENT by Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay Rathert, Ben Redmond, Kyle Westendorf, Robert Woods. Amendment to 7 Waiver of Service Executed,, . (Simon, Christopher) (Entered: 04/26/2018) |
| 04/26/2018 | Ï | Summons Issued with Magistrate Consent Notice attached as to Cambridge Analytica Holdings LLC on 4/26/2018. (jcs) (Entered: 04/26/2018) |
| 04/26/2018 | Ï 9 | NOTICE of Appearance by David Evan Ross on behalf of Facebook, Inc. (Ross, David) (Entered: 04/26/2018) |
| 04/26/2018 | Ï 10 | MOTION for Pro Hac Vice Appearance of Attorney Orin Snyder, Joshua S. Lipshutz, Brian M. Lutz and Kristin A. Linsley – filed by Facebook, Inc.. Motions referred to Mary Pat Thynge.(Ross, David) (Entered: 04/26/2018) |
| 04/27/2018 | Ï | Summons Issued with Magistrate Consent Notice attached as to Global Science Research Ltd. on 4/10/2018. (jcs) (Entered: 04/27/2018) |
| 04/27/2018 | Ï 11 | SUMMONS Returned Executed by Salvador Ramirez, Ben Redmond, Kyle Westendorf, Robert Woods, Lindsay Rathert, Jordan Hunstone, Gerry Galipault. (Simon, Christopher) (Entered: 04/27/2018) |
| 04/27/2018 | Ï 12 | PRAECIPE filed by Christopher Page Simon on behalf of Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay Rathert, Ben Redmond, Kyle Westendorf, Robert Woods requesting Clerk to issue *Summons and Complaint upon Defendant Global Science Research Ltd.* (Simon, Christopher) (Entered: 04/27/2018) |
| 04/27/2018 | Ï 13 | AFFIDAVIT of Christopher P. Simon, Esq. re Summons Issued, 12 Praecipe, *Regarding Service of Process Pursuant to F.R.C.P. 4(f)(2)(C)(ii)* filed by Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay Rathert, Ben Redmond, Kyle Westendorf, Robert Woods. (Simon, Christopher) (Entered: 04/27/2018) |
| 04/30/2018 | Ï | ORDER granting 10 Motion to Appear Pro Hac Vice of Attorney Orin Snyder, Joshua S. Lipshutz, Brian M. Lutz and Kristin A. Linsley – filed by Facebook, Inc. Signed by Judge Mary Pat Thynge on 4/30/18. (cak) (Entered: 04/30/2018) |
| 05/03/2018 | Ï 14 | |

| | | |
|---|---|---|
| | | Joint STIPULATION re 1 Complaint,, *"Stipulation and [Proposed] Order Regarding a Response of Facebook, Inc. to Complaint Pending JPML Ruling"* by Facebook, Inc.. (Ross, David) (Entered: 05/03/2018) |
| 05/03/2018 | Ï 15 | Postal Receipt(s) for the mailing of process to Global Science Research Ltd. (crb) (Entered: 05/03/2018) |
| 05/03/2018 | Ï 16 | SO ORDERED: IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant Facebook, Inc., subject to concurrence and order by the Court, that: 1. The requirement for Facebook to move, answer, or otherwise respond to the Complaint, shall be stayed in this action pending the decision of the Judicial Panel on Multidistrict Litigation on the pending Motion to Transfer and for Consolidation (MDL No. 2843, Dkt. No. 1), subject to paragraph 2; 2. Should the Motion to Transfer and for Consolidation be denied, Facebook will have thirty (30) days from the date of such denial to move, answer or otherwise respond to the Complaint; and 3. Plaintiffs and Facebook reserve all other rights.(cak) (Entered: 05/03/2018) |
| 05/08/2018 | Ï 17 | Letter to Chief Magistrate Judge Mary Pat Thynge from Christopher P. Simon, Esq. regarding Notifying the Court of a related action. (Simon, Christopher) (Entered: 05/08/2018) |
| 05/18/2018 | Ï 18 | NOTICE of Suggestion By Defendant Facebook, Inc. of Bankruptcy of Defendants Cambridge Analytica LLC and SCL USA Inc. by Facebook, Inc. (Ross, David) (Entered: 05/18/2018) |
| 05/23/2018 | Ï 19 | MOTION for Protective Order *//Motion of Plaintiffs for Preservation Order* – filed by Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay Rathert, Ben Redmond, Kyle Westendorf, Robert Woods. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Certificate of Service)Motions referred to Mary Pat Thynge.(Simon, Christopher) (Entered: 05/23/2018) |
| 05/29/2018 | Ï 20 | STATEMENT re 19 MOTION for Protective Order *//Motion of Plaintiffs for Preservation Order – Statement Pursuant to D. Del. LR 7.1.1* by Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay Rathert, Ben Redmond, Kyle Westendorf, Robert Woods. (Attachments: # 1 Certificate of Service)(Simon, Christopher) (Entered: 05/29/2018) |
| 05/31/2018 | Ï | Pro Hac Vice Attorney Orin Snyder,Brian M. Lutz,Joshua S. Lipshutz,Kristin A. Linsley for Facebook, Inc. added for electronic noticing. Pursuant to Local Rule 83.5 (d)., Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. (fms) (Entered: 05/31/2018) |
| 06/06/2018 | Ï 21 | PRAECIPE filed by David Gerard Holmes on behalf of Gerry Galipault, Jordan Hunstone, Salvador Ramirez, Lindsay Rathert, Ben Redmond, Kyle Westendorf, Robert Woods requesting Clerk to issue *//Letter to Chief Magistrate Judge Thynge Regarding Service of Complaint on Global Science Research Ltd.* (Attachments: # 1 Exhibit A)(Holmes, David) (Entered: 06/06/2018) |
| 06/07/2018 | Ï | Set/Reset Answer Deadlines: Global Science Research Ltd. answer due 5/29/2018. (rwc) (Entered: 06/07/2018) |
| 06/07/2018 | Ï 22 | AFFIDAVIT of Service for Summons and Complaint served on Global Science Research Ltd. on 5/8/18. (Global Science Research Ltd. answer due 5/29/2018). (rwc) (Entered: 06/07/2018) |
| 06/18/2018 | Ï 23 | TRANSFER ORDER by the United States Judicial Panel on Multidistrict Litigation transferring the action(s) on the attached schedule to the Northern District of California for the reasons stated in the order of June 6, 2018, and, with the consent of that court, assigned to the Honorable Vince Chhabria. (fms) (Entered: 06/18/2018) |
| 06/18/2018 | Ï | Case transferred electronically to United States District Court for the Northern District of California. (fms) (Entered: 06/18/2018) |